UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 08-130-GFVT-03 |
| V. | ) | |
| JESSICA VAUGHN, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Report and Recommendation [R. 99] filed by United States Magistrate Judge Robert E. Wier. The Defendant, Jessica Vaughn, allegedly violated the terms of her supervised release and an arrest warrant issued based on those allegations. This matter was then referred to Judge Wier to conduct a final revocation hearing and recommend a proposed disposition of the matter.

Pursuant to the referral order, Judge Wier conducted a final revocation hearing on May 27, 2010 [R. 98], and issued his Report and Recommendation [R. 99] a few days later. The Recommendation directs the parties' attention to the relevant statute which requires any objections to be filed within fourteen (14) days of service. *See* 28 U.S.C. § 636(b)(1). Neither party has filed objections and the time for doing so has expired.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140,

151 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981). Nevertheless, this Court has examined the record, and after considering the relevant statutory factors contained in 18 U.S.C. §§ 3583(e) and 3553(a), as well as the policy statements contained in Chapter Seven of the Sentencing Guidelines Manual, it agrees with the Magistrate Judge's Recommendation.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Report and Recommendation [R. 99] as to Jessica Vaughn is **ADOPTED** as and for the Opinion of the Court;

2. The Defendant, Jessica Vaughn, is found to have violated the terms of her Supervised Release as set forth in Violations 1 and 3 of the Petition filed by the United States Probation Office.

3. Upon the United States' oral motion, Violation Number 2, as set forth in the Petition filed by the United States Probation Office, is **DISMISSED** without prejudice;

4. The Defendant's Supervised Release is **REVOKED;**

5. The Defendant, Jessica Vaughn, is **SENTENCED** to the custody of the Bureau of Prisons for a term of imprisonment of **six (6) months**, with an a term of supervised release of an additional 18 months to follow;[1]

6. A separate Judgment consistent with this Order shall be entered subsequently.

---

[1] The Court notes that the Defendant has waived her right to allocution before the district court and filed the waiver in the record. [R. 101.]

This the 21st day of June, 2010.



Signed By:
Gregory F. Van Tatenhove
United States District Judge